JOYCE RESEARCH AND DEVELOPMENT CORPORATION, Appellant, v. EQUI-FLOW DIVISION OF VIBRO MFG. CO., INC., Respondent.— No opinion. Beldock, P. J., Ughetta, Hill and Hopkins, JJ., concur; Rabin, J., not voting.

ELY A. KAHN, Appellant, v. ESTHER SHAW, Respondent.— A statement that plaintiff's argument against a community project was motivated by personal gain is not slander per se. (*Foot* v. *Pitt*, 83 App. Div. 76.) Plaintiff's time to serve an amended complaint is extended until 20 days after entry of the order hereon. Beldock, P. J., Ughetta, Kleinfeld, Christ and Hopkins, JJ., concur.

JOHN KING, Respondent, v. JOSEPH GILLERT, Appellant.— Ughetta, Acting P. J., Kleinfeld, Brennan, Hill and Hopkins, JJ., concur.

MIRIAM LASH, Respondent, v. HELEN DITTA, Doing Business as ALLIED AUTO WRECKERS, et al., Appellants.— No opinion. Ughetta, Acting P. J., Christ, Brennan, Hill and Rabin, JJ., concur.